

William J. Downes – Associate
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Wdownes@mizrahikroub.com
www.mizrahikroub.com

February 14, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**. The Clerk of Court is respectfully directed to strike Plaintiff's proposed certificate of default and supporting materials at Dkt. Nos. 11 and 12.

Dated: February 25, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   *Tavarez v. GetMyBoat, Inc.,* No. 1:21-cv-09914 (LGS)

Dear Judge Schofield:

    We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced action. We respectfully write to the Court regarding the Certificate of Default filed on February 24, 2022, to have it struck from the Docket. *See* Docket No. 12. This Certificate of Default was filed in this case in error.

    Respectfully submitted,
/s/ *William J. Downes*
William J. Downes, Esq.

Cc:   All Counsel of Record (via ECF)