UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTORIANO TAVAREZ,

                   Plaintiff,

-against-

GETMYBOAT, INC.,

                  Defendant.
-------------------------------------------------------------X

21 Civ. 9914 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order a status letter was due on May 2, 2022.  (Dkt. No. 17.)

    WHEREAS, no such status letter was filed.  It is hereby

    **ORDERED** that by **May 5, 2022**, the parties shall file a joint status letter.

Dated: May 3, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE